THOMASINA ZUMMO, Appellant, v EVERETT H. HOLMES, Respondents. [869 NYS2d 447]

Plaintiff made a prima facie showing of entitlement to summary judgment on the issue of liability. Plaintiff was driving in the right lane when defendant Holmes, who was driving a tractor trailer in the lane to plaintiff's left, attempted to merge into plaintiff's lane when his lane ended, at which point the tractor trailer struck plaintiff's vehicle (*see Williams v New York City Tr. Auth.*, 37 AD3d 827 [2007]; Vehicle and Traffic Law § 1128 [a]). In opposition, defendants failed to raise a triable issue of fact as to comparative negligence on the part of plaintiff (*see Neryaev v Solon*, 6 AD3d 510 [2004]). Concur—Mazzarelli, J.P., Gonzalez, Catterson, McGuire and Acosta, JJ.,